

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Tiffany M. Lynch and Scott P. Lynch and In the Interest of W.C.L., E.S.L., L.M.L., J.E.L., and D.T.L., Children

No. 06-23-00001-CV

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. FA-19-44473). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Tiffany M. Lynch has the exclusive right to designate the primary residence of E.S.L., L.M.L., J.E.L., and D.T.L. As modified, the judgment of the trial court is affirmed.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 20, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk